# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**BOAR'S HEAD CORPORATION,**

CASE NO: **2:14–CV–01927–KJM–KJN**

v.

**DIRECTAPPS, INC., ET AL.,**

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 7/28/15**

**Marianne Matherly**
Clerk of Court

ENTERED: **July 28, 2015**

by: /s/ A. Kastilahn
Deputy Clerk